| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Erin L. Ramamurthy | Telephone: (313) 226-9100 | |
| | Special Agent: Randall Olsen | Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Amont Johnson

Case No.

Case: 2:23−mj−30016
Assigned To : Unassigned
Assign. Date : 1/18/2023
Description: RE: AMONT
JOHNSON
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Randall Olsen_
Complainant's signature

Randall B. Olsen, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 18, 2023

_[signature]_
Judge's signature

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF AN APPLICATION
FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Special Agent Randall B. Olsen, being first duly sworn, hereby depose and state the following:

**INTRODUCTION**

1.     I have been employed as a special agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since May 2022. I am currently assigned to Detroit Group VII, investigating various federal firearm violations. Prior to being employed as a special agent, I was a police officer with the Detroit Police Department (DPD), for over seven (7) years, and the Grosse Pointe Park Department of Public Safety (GPPDPS), for over one (1) year. During that time, I was assigned to DPD's Special Operations unit, as well as the Special Response Team (SRT). I am a graduate of the ATF Special Agent Basic Training program and of the Detroit Police Department's Police Academy. I have also earned a Bachelor of Science in Criminal Justice with a concentration in Supervision and Management. During my employment with ATF, DPD, and GPPDPS, I have participated in numerous criminal investigations focused on firearms, armed drug trafficking violations and criminal street gangs. I have also investigated violations of Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm.

1

2. I make this affidavit from personal knowledge based on my participation in this investigation, as well as information received from other law enforcement officials and/or their reports and records. The information outlined herein is provided for the limited purpose of establishing probable cause and does not contain all details or facts that exist pertaining to the investigation. As set forth below, probable cause exists that Amont JOHNSON (DOB XX/XX/1994) violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about January 1, 2023, in the Eastern District of Michigan.

## PROBABLE CAUSE

3. On January 1, 2023, at approximately 0057 hours, DPD was called to 17366 Stoepel Street, Detroit, Michigan to respond to a domestic violence situation involving a person with a weapon. Once DPD officers arrived to the location, they observed a gray 2022 Dodge Ram bearing a Michigan license plate of EPV0667 with an unknown black male, later identified as Amont JOHNSON, in the driver's seat. JOHNSON exited the vehicle at which time a black firearm fell to the ground. JOHNSON picked up the firearm and put it into his coat pocket. The officers then approached JOHNSON and recovered the gun (one (1) loaded Ruger, Model: LCR-X, Serial Number: 54305272, .38 caliber revolver; containing one (1) live .38 caliber round and one (1) spent .38 caliber shell casing) from his coat pocket. When the officers attempted to place handcuffs on him, there was a struggle due to

JOHNSON resisting the officers and not following their verbal commands. JOHNSON was taken to the ground where he was able to be handcuffed and taken into custody.

4. A review of the National Law Enforcement Telecommunications System (NLETS) computer printout regarding Amont JOHNSON's criminal history record revealed the following convictions:

- 2019 – Felony – Transportation of Stolen Vehicles.

5. A review of the Law Enforcement Information Network's (LEIN) computer printout regarding Amont JOHNSON's computerized criminal history revealed the following convictions:

- 2011 – Felony – Weapons Felony Firearm & Two (2) counts of Felony – Assault with Intent to Rob While Unarmed.

6. Subsequently, ATF Special Agent and Interstate Nexus Expert Kevin Rambus physically and visually inspected the Ruger, Model: LCRX, .38 Caliber revolver recovered from JOHNSON. Special Agent Rambus determined that the recovered firearm is a "firearm" as defined under 18 U.S.C. § 921, was manufactured outside the State of Michigan after 1898, and thus had traveled in and affected interstate commerce.

## CONCLUSION

7. Probable cause exists to believe that Amont JOHNSON, having been previously convicted of at least one felony, did knowingly and intentionally possess a firearm that had previously traveled in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

*Randall Olsen*
Randall B. Olsen, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: January 18, 2023